IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HURST BOILER & WELDING CO., | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-12 (WLS) |
| | * |
| KCE LOGISTICS, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of May, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk